**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-25-0000123**
**27-JUN-2025**
**08:36 AM**
**Dkt. 15 ODSLJ**

NO. CAAP-25-0000123

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
FRANCIS GRANDINETTI, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH HILO DIVISION
(CASE NO. 3DCW-25-0000285)

ORDER
(By: Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon review of the record, it appears that Defendant-Appellant Francis **Grandinetti**, representing himself, filed a Notice of Appeal from Judiciary Information Management System (**JIMS**) case no. 3DCW-25-0000285. Grandinetti identifies no final judgment or order from which he seeks to appeal. See Hawai'i Rules of Appellate Procedure Rule 3(c)(2) ("The notice of appeal shall designate the judgment, order, or part thereof and the court or agency appealed from[.]"). We take judicial notice of the record in JIMS no. 3DCW-25-0000285 under Rule 201, Hawaii Rules of Evidence, Chapter 626, Hawaii Revised Statutes and conclude that no appealable judgment or order was entered in JIMS no. 3DCW-25-0000285.

Therefore, IT IS HEREBY ORDERED that this appeal is dismissed for lack of jurisdiction.

IT IS FURTHER ORDERED that all pending motions are dismissed.

Dated: Honolulu, Hawaiʻi, June 27, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge